## WILLIAM C. SINCLAIR v. INVESTORS SYNDICATE.[2]

June 20, 1913.

Nos. 18,102—(189).

**Settlement of "case."**

The court did not abuse its discretion in settling the "case" after the expiration of the stay. [Reporter.]

1 Reported in 141 N. W. 1134.          2 Reported in 142 N. W. 1135.

From an order of the district court for Hennepin county, Steele, J., denying defendant's motion to suppress the settled case and strike it from the records, defendant appealed. Affirmed.

*Tappan & Silverthorn* and *H. M. Farnam*, for appellant.

*John M. Rees*, for respondent.

PER CURIAM.

This is an appeal by the defendant from an order of the district court of Hennepin county denying its motion to suppress and strike from the records the settled case.

We have examined the record and we do not find that the court abused its discretion in settling the case after the expiration of the stay.

Order affirmed.